# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 OCT 27 P 5: 22

Mr. Eddie Player
Name of Plaintiff/Petitioner

v.                                              Case No. 303 CV 296 (JCH)

Warden
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1. Your full name: Mr. Eddie Bud, Player

   Your present mailing address: 1153 East St. South
   Suffield, CT. 06080

   Telephone number: (   ) N/A

2. Are you presently employed? YES ___ NO X

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

Date last worked: _August 8, 2003_

Weekly earnings: _$17.58 For 2 Week_

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? _$200/300_

   b) interest, dividends, rents or investments of any kind? _NONE_

   c) gifts or inheritances of any kind? _NONE_

6. How much money do you have in any checking or savings account(s)?

   Checking: _____

   Savings: _____

   Prison account: _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _X_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _NONE_

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                                      AMOUNT OWED

   _____                               _____

   _____                               _____

   _____                               _____

   _____                               _____

2

9.  List the persons who depend upon you for support, and state your relationship to them.

    _____

    _____

    _____

    _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✗

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

    I AM A STATE PRISONER UNEMPLOY AND HAVE NO MONEY ON THE BOOKS.

    _____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. I WAS FALSELY ACCUSED OF A CRIME AND I AM TRYING TO GET A NEW TRIAL.

(Additional space on next page)

3

_To prove my case._

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES **X** NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

    a) Attorney's name _Mr. Christopher J. Shea_
    Date you contacted this attorney _12/2003_
    Method of contact (in person, by telephone, etc.) _Wrote/His Office (Letter)._
    Reason why attorney was not employed to handle your case _— See attach response (A)_

    b) Attorney's name _Mr. Thomas G. Dennis_
    Date you contacted this attorney _9/2003_
    Method of contact (in person, by telephone, etc.) _Wrote/His Office (Letter)._
    Reason why attorney was not employed to handle your case _See attach response (B)_

4

c) Attorney's name  MS. NADINE NEVINS

Date you contacted this attorney  9/2003

Method of contact (in person, by telephone, etc.)  Wrote / Her Office (Letter).

Reason why attorney was not employed to handle your case
— SEE attach Response Ⓒ

15. Explain any other efforts you have made to obtain an attorney to handle your case.
I Wrote several other office(s) SEE attach letter(s) (A) (1) (2)

16. Please provide any other information which supports your application for the court to appoint counsel.  My knowledge of the Legal Field is limited, and my resource of Legal material(s) is also limited. I do not think I can represent my own best interest.

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO ✗

    If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

10/23/03
Date

*Eddie B. Players*
Original Signature of Movant

Eddie B. Player
#249815
Pro Se
Cheshire Corr. Fac.
900 Highland Ave.
Cheshire, CT. 06410



# THOMPSON & O'CONNOR
### ATTORNEYS AT LAW

CHARLES K. THOMPSON
JEREMIAH J. O'CONNOR
CHRISTOPHER J. SHEA

89 EAST MAIN STREET
MERIDEN, CONNECTICUT 06450
TEL: (203) 237-6493
FAX: (203) 235-2942

January 9, 2003

Eddie Player
#249812
Gates CI
131 No. Bridebrook Rd
Niantic, CT 06357

Dear Mr. Player:

Thank you for your letter of January 2, 2003. I have reviewed it. Despite the fact that I have been practicing for several years, however, I have not had the need to seek admission to the federal court system. I am licensed only in Connecticut and New York state courts. As a result, I am unable to handle any Second Circuit cases.

I wish you luck, however, in your attempts. It sounds like you have been involved in a long fight.

Please give my best to Michael Genovese as well.

Very truly yours,

Christopher J. Shea



**FEDERAL DEFENDER**
DISTRICT OF CONNECTICUT
10 COLUMBUS BLVD FL 6
HARTFORD, CT 06106-1976

THOMAS G. DENNIS
FEDERAL DEFENDER

TEL:  (860) 493-6260
FAX:  (860) 493-6269

September 12, 2003

Mr. Eddie Player
#249812
MacDougall C.I.
1153 East Street South
Suffield, CT 06080

Dear Mr. Player:

    I am in receipt of your September 6, 2003 letter and accompanying documents.

    I note that although your Motion to Proceed In Forma Pauperis has been granted, no request for the appointment of counsel has been filed.

    I suggest that you file such a motion. If it is granted the Court will appoint counsel to represent you, either this office or private counsel.

    Absent an Order appointing us, we regretfully are unable to provide assistance.

Very truly yours,

Thomas G. Dennis
Federal Defender

TGD/aw



**CONNECTICUT LEGAL SERVICES**
A PRIVATE NONPROFIT CORPORATION
211 STATE STREET  BRIDGEPORT, CT 06604
TELEPHONE (203) 336-3851
FAX (203) 333-4976
E-MAIL CLSBRIDGEPORT@CONNLEGALSERVICES.ORG

NADINE NEVINS
RICHARD L. TENENBAUM
REGIONAL DIRECTORS

JENNIFER C. BERGSIEKER
LORIS L. COHEN
DAHLIA GRACE
STEVEN C. KILPATRICK
LISA RICH
CAROLYN RICHTER
ELLEN ROSENTHAL
KEVIN M. SHAY
MARIA A. VARONE
CATHERINE WILLIAMS
SONJA DEVITT (VOLUNTEER)
ATTORNEYS-AT-LAW

MARY E. GREY-FOX
OFFICE MANAGER

NILDA PLANAS
WANDA E. SERRANO
LEGAL SECRETARIES

ADMINISTRATIVE OFFICE
62 WASHINGTON STREET
MIDDLETOWN, CT 06457
(860) 344-0447

TIMOTHY BATES
BOARD CHAIR

MARVIN FARBMAN
EXECUTIVE DIRECTOR

LAW OFFICES

211 STATE STREET
BRIDGEPORT, CT 06604

587 MAIN STREET
NEW BRITAIN, CT 06051

153 WILLIAMS STREET
NEW LONDON, CT 06320

20 SUMMER STREET
STAMFORD, CT 06901

85 CENTRAL AVENUE
WATERBURY, CT 06702

872 MAIN STREET
WILLIMANTIC, CT 06226

SATELLITE OFFICES
(CALL FOR OFFICE HOURS)

5 COLONY STREET
MERIDEN, CT 06451

62 WASHINGTON STREET
MIDDLETOWN, CT 06457

98 SOUTH MAIN STREET
SOUTH NORWALK, CT 06854

564 PROSPECT STREET
TORRINGTON, CT 06790

155 WEST MAIN STREET
ROCKVILLE, CT 06066

September 11, 2003

Mr. Eddie Player
#249812
Ellis MacDougall Correctional Institution
1152 East Street South
Suffield, CT 06080

Dear Mr. Haynes:

We are in receipt of your recent letter. We do not represent people in the type of case you describe. I am enclosing a brochure which outlines the types of cases we handle.

You may wish to contact The University of Connecticut Legal Clinic, 65 Elizabeth Street, Hartford, CT 06105-3390, telephone (860)570-5165.

Good luck.

Very truly yours,

Nadine Nevins
Regional Director

NKN:mgf

Enclosure





## Fairfield County Lawyer Referral Service
P.O. Box 55135, Bridgeport, CT. 06610-5135
Phone: 203.335.4116—Fax: 203.336.8986

September 16, 2003

Mr. Eddie Player
#249812
Macdougal C.I.
1153 East Street South
Suffield, CT. 06080

Dear Mr. Player:

    I am in receipt of your letter requesting the services of an attorney. We are unable to help you in the Fairfield County area due to the fact that I have no attorney who goes out to the Suffield. You will find the referral service names and numbers for: Hartford County Bar Association LRS, 179 Allyn Street, Suite 210, Hartford, CT. 06103, 860.525.6052, also, Inmates' Legal Assistance Program, 78 Oak Street, P.O. Box 260237, Hartford, CT. 06126, 860.246.1118 or 1.800.301.4527.

FAIRFIELD COUNTY LAWYER REFERRAL SERVICE

Mr. Eddie B. Player
#249812
MACDOUGALL C.I.
1153 East Street-South
SUFFIELD, CT. 06080

SEPT. 7, 2003

Ms. Robyn Fairshter
Dept. Of Justice,[D.R.S.]
Wasington, D.C. 20035

RE: " Full Investigation "...

Dear Ms. Fairshter,

    To begin I am Eddie B. Player who is unable to prove his innocence because in the process of doing so the State's Prosecutor will be found negligent in her duty to the State Government.

    The same witness the State's Prosecutor used to show guilt in fisrt trial has proven my innocence in the second Habeas trial, which ended in a "Mis-Trial". The State's Proseutor only witness became the Defendant's witness. The witness is Ms. Vera Pottles, she was in both trial proceedings.

    The situation is not simple, I have been in court several times and all with different results. This is the second time I am in the Appellate Court Of Appeals for the same case. I have good grounds that have merit, but I am always stopped or delayed by my " Special Public Defenders compromising my legal grounds or legal issues just to get in court ".

    My innocence is proven its just not heard fully by the courts. Infact, the facts in my case have not been properly heard by a judge or court. My case is the witness and the State's case was the witness. In both case the State's Prosecutor used and abused her power to manipulate the witness Ms. Vera Pottle's testimony with jail time.

    The witness Ms. Vera Pottle is not being penalized for telling a " <u>Lie</u> ", but is being penalized for telling the Truth and she cannot admit to <u>lying</u> without telling the " <u>Truth</u> ".

    Ms. Vera Pottle lied for a moral reason, a responsible reason and out of " Fear " not for herself at first, but for her " Children ". I included this version in the next step I am going through right now, its a Federal Habeas Corpus Petition which I am seeking real counsel. The grounds and issues had been Amended by these Special Public Defenders to get into court.

1.

      Its now stated that I am unable to use my original grounds because I have allowed my attorney to amended the petition at the State level. This amended State Habeas Corpus Petition was necessary according to my attorney. I know all the grounds was covered by both Appeal process, so, I have a chance in the Federal Court, but my attorney now in this Federal Habeas corpus will have many problems proving my innocence at this level of the process.

      I made compromises in the past that delayed all the facts to be heard, that just one (1) issue but a major one. And other new evidence, new fact, new testimonies and new witnesses have been giving to the defense side because of this setback.

      It is easy to delay, compromise, and stopping court proceedings, but justice or the truth have to be heard, if its to be proven by the law in the court, but this case have to be heard.

      I need some legal assistance...

                        Thank You,

                        Mr. Eddie Bud Player
                        #249812
                        MACDOUGALL C.I.
                        1153 East St. south
                        SUFFIELD, CT. 06080

Encl. e.p.cita.