CASE NO. 3:03CV296 : U.S. DISTRICT COURT

EDDIE B. PLAYER,
    PETITIONER, : DISTRICT OF CONN.

: AT BRIDGEPORT

V.

: OCTOBER 23, 2003

WARDEN,
    RESPONDENT,

## Motion For Poor Person Status

Please be advised, the Petitioner Eddie B. Player is once again unable to perform a certain necessary duty. He is unable to make or product any copies of the amended petition. He is unable to make enough copies of the petition to send additional copies to the opposing parties in the petition.

Petitioner is asking and requesting that the Court Clerk Office, copy and serve the necessary copies of the amended petition. And send a copy of the petition to the each respondent in his petition.

Furthermore, Petitioner Eddie B. Player is also requesting for a complete copy of the <u>Amended Petition</u> and <u>The old Federal Habeas Corpus Petition</u> (Original), for his personal records.

Wherefore, the undersigned respectfully request for poor person status so the respondent can respond accordingly.

                                    Mr. Eddie B. Player
                                    _____
                                    Mr. Eddie B. Player
                                    I.D. No# 249815
                                    Pro Se
                                    Cheshire Corr. Fac.
                                    900 Highland Ave.
                                    Cheshire, CT. 06410

<u>ORDER</u>

The going motion having been heard, it is hereby ordered: GRANTED/DENIED
                               By the Court

                                    _____
                                    Honorable/Clerk of Court