UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -5 P 2: 27
US DISTRICT COURT
BRIDGEPORT CT

GARY S. PLAYER

V.

WARDEN

PRISONER
CASE NO. 3:03CV296 (JCH) (HBF)

RULING ON PENDING MOTIONS

Pending before the court is the petitioner's motion for appointment of counsel and "Motion for Poor Person Status." For the reasons set forth below, the motions are denied.

Appointment of counsel in habeas corpus cases is discretionary, and that discretion should be exercised only when the interests of justice so require, unless an evidentiary hearing is necessary. See Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts; 18 U.S.C. § 3006A(a)(2)(B). A preliminary review of petitioner's amended petition does not indicate that justice requires appointment of counsel or that a hearing is likely to be necessary and thus appointment of counsel is not warranted at this time. Petitioner may renew the motion if an evidentiary hearing is held in this matter.

The petitioner also seeks a free copy of his original and amended petition and asks the court to make a copy of the amended

petition for service on the respondent. Although the petitioner has been granted leave to proceed in forma pauperis, this status only relieves him of the cost of filing the action. The petitioner is not automatically entitled to free copies or other materials. See Guinn v. Hoecker, 43 F.3d 1483 (10th Cir. 1994) (28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); Douglas v. Green, 327 F.2d 661, 662 (6th Cir. 1964) ( 28 U.S.C. § 1915 does not include the right to receive copies of court orders without payment). The petitioner's amended petition with attachments is seventy-three pages in length and the original petition with attachments is forty-three pages in length. The petitioner provides no evidence that he is currently unable to pay the $58.00 cost of copying these documents. Because the petitioner has failed to provide sufficient evidence that he lacks the necessary funds to pay for a the petition and amended petition, the petitioner's motion for free copies is denied without prejudice.

If the petitioner currently has sufficient funds to pay the $58.00 cost of copying the requested documents, he may submit a written request for a petition and amended petition directly to the Clerk's Office, 915 Lafayette Blvd., Bridgeport, Connecticut, 06604. Any request must be accompanied by cash, a money order, or a bank check made payable to the Clerk of Court. If the

petitioner instead chooses to renew this motion, the renewed motion must be accompanied by a evidence in the form of a prisoner account balance statement and ledger sheet indicating that he lacks sufficient funds to pay the cost of copying the complaint.  Any renewed motion or submission of a request for a copy of the complaint must be filed with the court within **twenty days** of the date of this order.

### Conclusion

Accordingly, petitioner's Motion for Appointment of Counsel [doc. #9] is DENIED without prejudice to renew the motion if an evidentiary hearing is required.  The "Motion for Poor Person Status" [doc. # 10] is DENIED without prejudice.

SO ORDERED this __4__ day of November, 2003, at Bridgeport, Connecticut.

```
                                   Holly B. Fitzsimmons
                              United States Magistrate Judge
```