# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SEP 1 5 2003

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9/15/03
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

# AMENDED APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254
## BY A PERSON IN STATE CUSTODY

Mr. Eddie Bud Player #244812, Petitioner,
Full Name and Prisoner Number

MacDougall C.I.
Complete Prison Address (Place of Confinement)

1153 East St South
Suffield, CT 06080

Case No. 3:03CV296 (JCH)
(To be supplied by the Court)

v.

Mr. Michael Carter, Respondent,
(Name of Warden or authorized person having custody of petitioner)
(Do not use *et al.*)

and

_____, Additional Respondent.
(List additional persons having custody of petitioner, if any)

Note: If the applicant is challenging a judgment which imposed a sentence to be served in the future, applicant must fill in the name of the state where the judgment of conviction was entered. If the applicant has a sentence to be served in the future under a federal judgment, which he/she wishes to challenge, he/she should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION BEING CHALLENGED

1) Name and location of the court which entered the judgment of conviction being challenged _NEW BRITIAN JUDICIAL DISTRICT AT G.A. 15._

2) Date judgment of conviction was entered _4/17/97_

3) Case number (in state court) _CR96-164097_

4) Type and length of sentence imposed _8 YEARS (MANDATORY SENTENCE)_

5) Are you presently serving a sentence imposed for a conviction other than the conviction being challenged in this motion? Yes ___ No ___

6) Nature of the offense involved (all counts) _1) SALE 21a-278(b) 2) POSSESSION 21a-279(A), And 3) CNT SUB WI 1500/21a-278(b)_

7) What was your plea? (check one)
   Not Guilty _X_   Guilty ___   Nolo Contendere ___

8) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

_____

_____

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement _____

_____

10) Kind of trial (check one)   Jury _X_   Judge only ___

11) Did you testify at trial?  Yes _X_  No ___

## DIRECT APPEAL

2

(SEE *attachment addendum* (2))

12) Did you appeal from the judgment of conviction?    Yes X  No __

13) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order): Connecticut Appellate Court, "Affirmed," AC 18121, July 4, 2000. 58 Conn. App. 592, 753 A.2d 947, 2000.

14) If you did not appeal, explain briefly why you did not: (SEE *attachment addendum* (3))

a) Did you seek permission to file a late appeal? Yes __ No __

15) If your appeal was denied by the Connecticut Appellate Court, did you file a petition for certification with the Connecticut Supreme Court?    Yes X  No __

16) If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought. _Petitioner tried to *long* 4 his defense attorney, Mr. Reese C. Byrn for_ _information._

## POST-CONVICTION PROCEEDINGS

17) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?    Yes X  No __

18) If your answer to 17 was "Yes," give the following information:

   a) FIRST petition, application or motion.

   1. Name of court  New Haven Superior

   2. Nature of proceeding  Habeas Corpus petition for a new trial.

3

SECOND AMENDED PETITION

3. Claims raised **VIOLATIONS OF DUE PROCESS, (ACTUAL INNOCENT) & INEFFECTIVE ASSISTANCE OF COUNSEL. MOTION TO LIMINE).**
(SEE ATTACHMENT APPENDIX (4))

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No **X**

5. Result **"DENIED"**

6. Date of result **October 2 2001**
(SEE ATTACHMENT APPENDIX (6))

7. Did you appeal the result to the highest state court having jurisdiction? Yes ___ No **X** If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) **SUPERIOR COURT OF NEW HAVEN. FIRST TRIAL MISTRIAL 3/23/02 SECOND TRIAL DENIED CV 98 0412100 PLAYER V. WARDEN. CONN. APP. 11/20/01.**

8. If you did not appeal, briefly explain why you did not _____

9. If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes **X** No ___

10. If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought. **PLAYER V. COMMISSIONER OF CORR. CONN. APP. (2001).**
(SEE ATTACHMENT APPENDIX (7))

b) As to any SECOND petition, application or motion, give the following information:

1. Name of court **APPELLATE COURT**

4

2. Nature of proceeding _PETITION FOR CERTIFICATION to THE SUPREME COURT FOR REVIEW._

3. Claims raised _(SEE PARA. 3 IN BASIC FOR CERTIFICATION). (SEE ATTACHMENT APPENDIX (10))_

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes _X_ No ___

5. Result _"AFFIRMED"_

6. Date of result _NOVEMBER 12 2002._ _(SEE ATTACHMENT APPENDIX (9))_

7. Did you appeal the result to the highest state court having jurisdiction? Yes _X_ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _APPELLATE COURT STATE OF CONNECTICUT "DENIED" AC# 22534, PLAYER V. COMM 73 CONN. APP. 556, 12/30/02. (SEE ATTACHMENT APPENDIX (10))_

8. If you did not appeal, briefly explain why you did not _____

9. If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes _X_ No ___

10. If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought. _PLAYER V. COMMISSIONER OF CORR. 73 CONN. APP. 556, (2002). (AC# 22534) (SEE ATTACHMENT APPENDIX (10))_

c) As to any THIRD petition, application or motion, give the following

information:

1. Name of court **CONNECTICUT SUPREME COURT**

2. Nature of proceeding **PETITION FOR CERTIFICATION TO APPEAL.**

3. Claims raised **SEE PETITION FOR CERTIFICATION, 3 PARA. BASIS FOR CERTIFICATION.**
(SEE ATTACHMENT, APPENDIX (10))

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ☒ No __

5. Result **"DENIED"**

6. Date of result **DECEMBER 19, 2002**
(SEE ATTACHMENT, APPENDIX (11))

7. Did you appeal the result to the highest state court having jurisdiction? Yes ☒ No __ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) **CONNECTICUT SUPREME COURT "DENIED". PSC-02-0235, 12/19/2002.**

8. If you did not appeal, briefly explain why you did not _____

9. If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes ☒ No __

10. If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought. **PLAYER V. COMMISSIONER OF CORRECTION, 73 CONN. APP. 556, (2002). (PSC-02-0235)**

6

## CLAIMS

19) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction being challenged.

In order to proceed in federal court, you ordinarily must exhaust the remedies available to you in the state courts as to each claim on which you request action by the federal court.

Claim One: STATE CHIEF WITNESS, MS. VERA POTTLE RELIABILITY AND CREDIBILITY IN PETITIONER'S CRIMINAL TRIAL TESTIMONY; (1997). AND MS. VERA POTTLE RECANTING OF HER TESTIMONY IN PETITIONER'S HABEAS CORPUS HEARING/TRIAL; WHICH RESULTED INTO A MIS TRIAL; 2001. MS. VERA POTTLE GAVE FALSE TESTIMONY AT THE PETITIONER'S CRIMINAL TRIAL WHICH CONVICTED THE PETITIONER, ALL EVIDENCE CAME FROM THE STATE CHIEF WITNESS.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

ACCORDING TO MS. VERA POTTLE TESTIMONY AT PETITIONER'S CRIMINAL TRIAL AT NEW BRITAIN SUPERIOR COURT, SHE FABRICATED THE ACTUAL INCIDENT ARREST OUT OF FEAR FOR HER CHILDREN AND HERSELF. (1997).
AND MS. VERA POTTLE THE STATE CHIEF ONLY WITNESS RECANT HER WHOLE TESTIMONY DURING A HABEAS CORPUS HEARING/TRIAL AT NEW HAVEN SUPERIOR COURT, (2001.

(2) Statement of exhaustion of state remedies as to claim one:

### Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes X No __
(SEE ATTACHMENT APPENDIX 2.)
(b) If you did not raise this issue in your direct appeal, explain briefly why you did not WHETHER EVIDENCE AND TESTIMONY OBTAINED THROUGH THE STATE'S CHIEF WITNESS SHOULD HAVE BEEN EXCLUDED AS FRUIT OF THE POISONOUS TREE, (GROUNDS AT DIRECT APPEAL.

### Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes X No __
(SEE ATTACHMENT APPENDIX 5.)
(d) If your answer to (c) is "Yes," state the type of motion or petition, the

7

name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

NEW HAVEN SUPERIOR, CV 98-0412100 "MISTRIAL" 3/23/02 "DENIED" 10/02/02.
(SEE ATTACHMENT APPENDIX (5)(6))

(e) Did you receive an evidentiary hearing on your motion or petition?
Yes __ No X
(SEE ATTACHMENT APPENDIX (5))

(f) Did you appeal from the denial of your motion or petition?
Yes X No __

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes X No __, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

APPELLATE COURT CONNECTICUT,
AC 22534  11/12/02.

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

Other Remedies

(i) Describe all other procedures (such as administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

STATE OF CONN SUPREME COURT
PSC 02-0235; 12/9/02.

**Claim Two:** PETITIONER'S SPECIAL PUBLIC DEFENDER, MR. JAMES G. SCROGGINS (JURIS 408727) WAS NEGLIGENT AND INEFFECTIVE AS A DEFENSE ATTORNEY. HE WAS AN INEFFECTIVE ASSISTANCE OF COUNSEL AT PETITIONER EDDIE PLAYER'S CRIMINAL TRIAL, 1997. PETITIONER'S ATTORNEY BECAME THE STATE'S PROSECUTOR BEST WITNESS DO TO HIS PERFORMANCE AT TRIAL.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

PETITIONER'S SPECIAL PUBLIC DEFENDER MR. JAMES SCROGGINS STARTED INVESTIGATING AND LOOKING FOR POTENTIAL WITNESSES OR EVIDENCE ON APRIL 3 1997 THE DAY OF TRIAL.

8

MR. SCROGGINS DEFENDS FOR THE PETITIONER EDDIE PLAYER WAS "NO-DEFEND". MR. SCROGGINS MADE THE PROSECUTOR'S CASE FOR HER DURING TRIAL, 1997. PETITIONER'S DEFENSE ATTORNEY WAS NOT PREPARE FOR ANY MOTION OR ANY LEGAL ARGUMENTS AT THE CRIMINAL TRIAL. THERE WAS TIMES WHEN THE JUDGE WOULD GIVE DEFENSE ATTORNEY CASES AND BOOKS DURING CERTAIN ARGUMENTS TO RESPOND TO THE PROSECUTOR ARGUMENTS (AT TRIAL), WHILE THE JURY WAS REMOVED FROM THE COURT. (SEE ATTACHMENT APPENDIX (4))

(2) Statement of exhaustion of state remedies as to claim two:

Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ___ No X

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not BECAUSE INEFFECTIVE ASSISTANCE OF COUNSEL CANNOT BE ARGUED ON A DIRECT APPEAL; BECAUSE THIS ISSUE IS A CIVIC OR HABEAS CORPUS MATTER.

Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes X No ___

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

NEW HAVEN SUPERIOR; CV-98-0412100 "DENIED"; 10/2/02.

(e) Did you receive an evidentiary hearing on your motion or petition? Yes ___ No X

(f) Did you appeal from the denial of your motion or petition? Yes X No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No X, and state the name and location of the court where

9

the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order) APPELLATE COURT CONNECTICUT
#AC 22534, 11/12/02.

(h) If your answer to question (e), (f) or (g) is "No," briefly explain NONE OF THE PETITIONER'S ISSUES WAS ARGUED IN ANY HEARING BUT HE HAD MANY HEARINGS.

Other Remedies (F) THE APPELLATE COURT DOES NOT REVIEW THOSE ISSUES BUT THOSE STILL EXIST.

(i) Describe all other procedures (such as administrative remedies, etc.) you have used to exhaust your state remedies as to the issue
STATE OF CONN. SUPREME COURT
PSC 02 0235, 12/9/02.

**Claim Three:** ALL THE STATE'S PROSECUTOR POLICE WITNESSES TESTIMONY AND REPORT/STATEMENTS WAS CONTRADICTORY FROM THE STATE'S CHIEF WITNESS (MS. VERA POTTLE). EACH WITNESS HAD A NEW OR DIFFERENT DESCRIPTION OF THE PETITIONER EDDIE B. PLAYER, ARREST 9/9/96).

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

THE STATE'S CHIEF WITNESS DESCRIBE THE PETITIONER'S CLOTHES AT THE CRIMINAL TRIAL, "A BLUE HAT TAN SHIRT AND BLUE PANTS", SAID MS. VERA POTTLE. THE POLICE OFFICER STATED A COMPLETE DIFFERENT DESCRIPTION OF THE PETITIONER, BUT THE POLICE REPORTS AND DOC REPORT INDICATE PETITIONER HAD ON ALL BLACK CLOTHES ON 9/9/96.

(2) Statement of exhaustion of state remedies as to claim three:

<u>Direct Appeal</u>

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes X No ___
(SEE ATTORNEY APPEAL 2), 4))
(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

<u>Post-Conviction Proceedings</u>

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes X No ___

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

NEW HAVEN SUPERIOR; CV 98-0412100 "DENIED", 10/02/02.

(e) Did you receive an evidentiary hearing on your motion or petition?

Yes ___  No _X_

(f) Did you appeal from the denial of your motion or petition?
Yes _X_  No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No _X_, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

APPELLATE COURT OF CONN, A.C. #22534, 11/12/02.

(h) If your answer to question (e), (f) or (g) is "No," briefly explain  F) THE PETITIONER'S ATTORNEY JAMES M. FOX HAD TO CONCENTRATE ON THE TRIAL DECISION/JUDGEMENT BECAUSE THE DETAIL OF THE ISSUE RULED UPON.

Other Remedies  (AMENDED STATE HABEAS CORPUS).

(i) Describe all other procedures (such as administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

STATE OF CONN. SUPREME COURT PSC-02-0235  12/9/02.

20) Have all claims for relief raised in this petition been presented to the highest state court having jurisdiction?  Yes _X_ No ___

21) If you answered "No" to question 18, state which claims have not been so presented and briefly give your reasons(s) for not presenting them  PETITIONER EDDIE PLAYER ORIGINAL STATE HABEAS CORPUS PETITION FILED WAS AMENDED, BUT NOT EXCLUSIVELY DETAIL IN ANY COURT HEARING AT ALL. (SECOND AMENDED)!

22) If any of the claims listed in this application were not previously presented in any other court, state or federal, state briefly what claims were not so presented, and give

your reasons for not presenting them ___SAME AS 21 THE ORIGINAL V. THE AMENDED PETITION, ITS GROUNDS WAS NOT FULLY HEARD IN DETAILS IN COURT OR ANY HEARING.___

23) Have you previously filed any type of petition, application or motion in a federal court regarding the conviction being challenged? Yes ___ No ☒

If "Yes," answer the following and attach a copy of the court's decision for each petition, application, or motion filed:

    a)    Name and location of court _____

    b)    Type of proceeding _____

    c)    The issues raised _____

    d)    The result _____

## SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. § 2244, *as amended* by Title I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, § 106, 110 Stat. 1214 (Apr. 24, 1996).

24) If you are raising a claim which you have not presented in a prior application, have you obtained an order from the United States Court of Appeals for the Second Circuit authorizing this district court to consider the application? Yes ___ No ☒
If "Yes," please attach a copy of the order.

25) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction being challenged? Yes ___ No ☒. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding _____

_____

Mr. Eddie B. Player
Mr. Eddie B. Player
Pro Se
Cheshire C.I.
900 Highland Ave.
Cheshire, CT. 06410

13