CASE NO#

Mr. Eddie Bud Player,
    Petitioner,

V.

Warden,
    Respondent,

US District Court
District of Conn
FILED at Bridgeport

2003 DEC -1 P 5:35

November 21, 2003

### Motion For Extension Of Time to Renew The Motion For Poor Person Status.

Petitioner Eddie B. Player is requesting for an extension of time to renew his motion for Poor Person Status. The Petitioner is requesting for an extension of ten (10) Business days, from November 25, 2003 to December 11, 2003, to renew his motion.

Petitioner received the Court's Decision/Ruling on the 20th of November 2003, which the ruling was made on the 5th of November 2003. The Petitioner then have twenty (20) days to respond to the courts according to the ruling.

Petitioner is not able to renew or respond properly in the time phrame given by the courts. He could not research or contact any DOC facility staff for any results in obtaining his inmate account information or any document in time.

(1)

Petitioner Eddie B. Player is in know way related to "<u>Gary S. Player</u>", (courts last ruling addressed Mr. E. Player as Gary S. Player).

Mr. Player is deeply sorry if, he offended or disrespected the courts in any way, he — truely apologize for any wrong.

Wherefore, the undersigned respectfully request an extension of time to renew his motion for Poor Person Status.

*Mr. Eddie B. Player*
Mr. Eddie B. Player
#249812
Pro Se
Cheshire C.I.
900 Highland Ave
Cheshire, CT 06410

## ORDER

The going motion having been heard, it is hereby:  Ordered: Granted/Denied

By the court

_____
Honorable / Clerk of court