CASE NO 3:03CV296 (JCH)                              U.S. DISTRICT COURT

MR. EDDIE BUD PLAYER,       FILED: DISTRICT OF CONN.
         PETITIONER,                 AT BRIDGEPORT

                            2003 DEC -4 A 10:14

V.                          US DISTRICT COURT      NOVEMBER 26, 2003
                              BRIDGEPORT CT

WARDEN,
         RESPONDENT,


              Motion For Poor Person Status

     Petitioner Eddie B. Player is renewing his motion for poor person status with the proper financial status attached.

     Mr. Player is unable to afford any copies surcharge or is unable to afford to make copies of any motion because he is indigent.

     He is unemployed and incarcerated at Cheshire Corr. Fac. and asking the court for assistance with copies of his petition(s). He is requesting that the court instruct the clerk's office to serve or send additional copies of his amended petition to the opposing parties.

                        - 1 -

CASE NO. 3:03CV296 (JCH)

Petitioner is also requesting a complete copy of his amended petition and his old federal habeas corpus petition (original), for his personal records.

Wherefore, the undersigned respectfully request for poor person status to be established so the opposing parties could be served.

ENCL: Financial Status Statement

M. Eddie B. Player  
M. Eddie B. Player  
#249812  
PRO SE  
Cheshire Corr Fac  
900 Highland Ave  
Cheshire, CT. 0

ORDER

The going motion having been heard, it is hereby: ORDERED: GRANTED/DENIED

By the court

Honorable/Clerk of court

- 2 -

```
CHE103                  CONNECTICUT DEPARTMENT OF CORRECTION            OTRTASTA
                         T R U S T   A C C O U N T   S T A T E M E N T   4.10.0.0.9 TR
```

DOC: 0000249812    Name: PLAYER, EDDIE                        DOB: 06/21/1973
LOCATION: 125-I

                                                          Max Date:
ACCOUNT BALANCES  Total :      0.00   CURRENT:   0.00   HOLD:      0.00

                          09/10/1996      11/25/2003

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| SPENDABLE BALANCE | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| OPOS | POSTAGE | 142 - 03/27/ | 0.00 | 4.60 |
| COMM | COMMISSARY LOAN | 11262002 | 0.00 | 17.25 |

### TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/26/2000 | CONV | 249812DATA-CONV | 0.00 | 0.00 |
| 10/27/2000 | CONV | Conversion | 14.00 | 14.00 |
| 10/30/2000 | CRS | CRS SAL ORD #102618 D2 | ( 13.20) | 0.80 |
| 11/02/2000 | CRS | CRS SAL ORD #108666 D2 | ( 0.73) | 0.07 |
| 11/08/2000 | DSP | Inmate State Pay 125 110200 | 14.00 | 14.07 |
| 11/16/2000 | CRS | CRS SAL ORD #123795 D2 | ( 13.97) | 0.10 |
| 11/22/2000 | DSP | Inmate State Pay 125 111600 | 8.75 | 8.85 |
| 11/24/2000 | CRS | CRS SAL ORD #131254 D2 | ( 8.65) | 0.20 |
| 12/01/2000 | CRS | CRS SAL ORD #137621 D2 | ( 0.13) | 0.07 |
| 12/07/2000 | DSP | Inmate State Pay 125 113000 | 14.00 | 14.07 |
| 12/14/2000 | CRS | CRS SAL ORD #152555 D2 | ( 13.70) | 0.37 |
| 12/20/2000 | CRS | CRS SAL ORD #158135 D2 | ( 0.26) | 0.11 |
| 12/20/2000 | DSP | Inmate State Pay 125 121400 | 14.00 | 14.11 |
| 12/28/2000 | CRS | CRS SAL ORD #166604 D2 | ( 14.02) | 0.09 |
| 01/03/2001 | DSP | Inmate State Pay 125 122800 | 15.75 | 15.84 |
| 01/04/2001 | CRS | CRS SAL ORD #173320 D2 | ( 15.60) | 0.24 |
| 01/12/2001 | CRS | CRS SAL ORD #183740 D2 | ( 0.21) | 0.03 |
| 01/12/2001 | WOUT | Transfer Out - 125 TO 115 | ( 0.03) | 0.00 |
| 01/18/2001 | CEC | CEC SAL ORD #183740 D2 | 0.21 | 0.21 |
| 01/18/2001 | WOUT | Transfer Out - 125 to 115 | ( 0.21) | 0.00 |
| 02/27/2001 | CONV | Conversion | 1.55 | 1.55 |
| 03/12/2001 | DIP | Industry Pay 115 February 01 | 33.49 | 35.04 |
| 03/14/2001 | CRS | CRS SAL ORD #264722 D1 | ( 35.03) | 0.01 |
| 04/05/2001 | DIP | Industry Pay 115 MARCH 01 | 36.98 | 36.99 |

CONNECTICUT DEPARTMENT OF CORRECTION
T R U S T   A C C O U N T   S T A T E M E N T     4.10.0.0.9 TR

DOC: 0000249812    Name: PLAYER, EDDIE          DOB: 06/21/1973
LOCATION: 125-I

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/18/2001 | CRS | CRS SAL ORD #337231 D1 | ( 36.88) | 0.11 |
| 05/03/2001 | DIP | Industry Pay 115 APRIL 01 | 34.28 | 34.39 |
| 05/09/2001 | CRS | CRS SAL ORD #376971 D1 | ( 32.39) | 2.00 |
| 05/22/2001 | CEC | CEC SAL ORD #376971 D1 | 11.00 | 13.00 |
| 05/23/2001 | CRS | CRS SAL ORD #402435 D1 | ( 5.82) | 7.18 |
| 06/06/2001 | CRS | CRS SAL ORD #426854 D1 | ( 6.96) | 0.22 |
| 06/06/2001 | DIP | Industry Pay 115 MAY 01 | 73.57 | 73.79 |
| 06/13/2001 | CRS | CRS SAL ORD #439420 D1 | ( 47.45) | 26.34 |
| 06/18/2001 | WFMS | Med Sick Fee 115 | ( 3.00) | 23.34 |
| 07/06/2001 | DIP | Industry Pay 115 JUNE 01 | 63.08 | 86.42 |
| 07/16/2001 | WSR | Special Request - 115 | ( 75.00) | 11.42 |
| 08/01/2001 | CRS | CRS SAL ORD #527949 D1 | ( 9.93) | 1.49 |
| 08/03/2001 | DIP | Industry Pay 115 July 2001 | 83.90 | 85.39 |
| 08/08/2001 | CRS | CRS SAL ORD #540824 D1 | ( 49.30) | 36.09 |
| 08/08/2001 | CRS | CRS SAL ORD #543947 D1 | ( 4.62) | 31.47 |
| 08/13/2001 | CRS | CRS SAL ORD #550807 D1 | ( 5.35) | 26.12 |
| 08/20/2001 | WSR | Special Request - 115 | ( 25.00) | 1.12 |
| 09/05/2001 | CRS | CRS SAL ORD #589169 D1 | ( 1.11) | 0.01 |
| 09/07/2001 | DIP | Industry Pay 115 August 2001 | 110.05 | 110.06 |
| 09/12/2001 | CRS | CRS SAL ORD #603776 D1 | ( 49.99) | 60.07 |
| 09/17/2001 | WFMD | Med Dental Fee 115 | ( 3.00) | 57.07 |
| 09/17/2001 | WFMD | REV GL#746049 S/B MED SICK | 3.00 | 60.07 |
| 09/17/2001 | WFMS | Med Sick Fee 115 | ( 3.00) | 57.07 |
| 09/19/2001 | CRS | CRS SAL ORD #615624 D1 | ( 49.93) | 7.14 |
| 10/03/2001 | CRS | CRS SAL ORD #641473 D1 | ( 7.02) | 0.12 |
| 10/09/2001 | DIP | Industry Pay 115 Sept 2001 | 107.22 | 107.34 |
| 10/10/2001 | CRS | CRS SAL ORD #652653 D1 | ( 40.06) | 67.28 |
| 10/17/2001 | CRS | CRS SAL ORD #665974 D1 | ( 49.89) | 17.39 |
| 10/24/2001 | CRS | CRS SAL ORD #679074 D1 | ( 6.47) | 10.92 |
| 11/01/2001 | WCOP | Copies 115 | ( 3.00) | 7.92 |
| 11/02/2001 | DIP | Industry Pay 115 OCTOBER 01 | 143.44 | 151.36 |
| 11/05/2001 | CRS | CRS SAL ORD #699499 D1 | ( 12.39) | 138.97 |
| 11/07/2001 | WPOS | Postage 115 | ( 0.57) | 138.40 |
| 11/07/2001 | WPOS | Postage 115 | ( 1.03) | 137.37 |
| 11/07/2001 | WPOS | Postage 115 | ( 1.03) | 136.34 |
| 11/13/2001 | WSR | Special Request - 115 | ( 100.00) | 36.34 |
| 11/14/2001 | CRS | CRS SAL ORD #715475 D1 | ( 18.56) | 17.78 |

CONNECTICUT DEPARTMENT OF CORRECTION
T R U S T   A C C O U N T   S T A T E M E N T       4.10.0.0.9 TR

DOC: 0000249812    Name: PLAYER, EDDIE              DOB: 06/21/1973
LOCATION: 125-I

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/28/2001 | CRS | CRS SAL ORD #740940 D1 | ( 17.69) | 0.09 |
| 12/07/2001 | DIP | Industry Pay  115   NOVEMBER 01 | 169.42 | 169.51 |
| 12/12/2001 | CRS | CRS SAL ORD #768771 D1 | ( 49.54) | 119.97 |
| 12/13/2001 | WPOS | Postage  115 | ( 0.57) | 119.40 |
| 12/19/2001 | CRS | CRS SAL ORD #782298 D1 | ( 49.23) | 70.17 |
| 12/31/2001 | CRS | CRS SAL ORD #802673 D1 | ( 42.86) | 27.31 |
| 01/07/2002 | CRS | CRS SAL ORD #812740 D1 | ( 18.60) | 8.71 |
| 01/07/2002 | DIP | Industry Pay  115   DECEMBER 01 | 137.17 | 145.88 |
| 01/14/2002 | CRS | CRS SAL ORD #828333 D1 | ( 44.02) | 101.86 |
| 01/15/2002 | HOA | HOLD - ENG | ( 23.00) | 78.86 |
| 01/15/2002 | HOA | HOLD - COMM | ( 23.00) | 55.86 |
| 01/22/2002 | CRS | CRS SAL ORD #842816 D1 | ( 24.60) | 31.26 |
| 01/24/2002 | WPHO | Photos SP  115 | ( 6.00) | 25.26 |
| 01/28/2002 | CRS | CRS SAL ORD #852057 D1 | ( 25.24) | 0.02 |
| 01/30/2002 | HOR | Remove Hold | 23.00 | 23.02 |
| 01/30/2002 | HOR | Remove Hold | 23.00 | 46.02 |
| 01/31/2002 | CRS | CRS SAL ORD #860681 D1 | ( 37.69) | 8.33 |
| 02/07/2002 | CRS | CRS SAL ORD #874243 D1 | ( 8.33) | 0.00 |
| 02/08/2002 | DIP | Industry Pay  115   january 02 | 151.15 | 151.15 |
| 02/13/2002 | CEC | CEC SAL ORD #874243 D1 | 8.33 | 159.48 |
| 02/14/2002 | CRS | CRS SAL ORD #887120 D1 | ( 49.62) | 109.86 |
| 02/21/2002 | CRS | CRS SAL ORD #899757 D1 | ( 33.74) | 76.12 |
| 02/21/2002 | CRS | CRS SAL ORD #901140 D1 | ( 5.50) | 70.62 |
| 02/28/2002 | CRS | CRS SAL ORD #911227 D1 | ( 47.08) | 23.54 |
| 02/28/2002 | DSP | Inmate State Pay  142   022102 | 10.00 | 33.54 |
| 03/07/2002 | CRS | CRS SAL ORD #924708 D1 | ( 24.20) | 9.34 |
| 03/14/2002 | DSP | Inmate State Pay  142   030702 | 17.50 | 26.84 |
| 03/14/2002 | CRS | CRS SAL ORD #938499 D1 | ( 9.25) | 17.59 |
| 03/21/2002 | CRS | CRS SAL ORD #952237 D1 | ( 17.32) | 0.27 |
| 04/01/2002 | DSP | Inmate State Pay  142   032102 | 17.50 | 17.77 |
| 04/04/2002 | CRS | CRS SAL ORD #979299 D1 | ( 17.67) | 0.10 |
| 04/05/2002 | DED | Deduction-OPOS-142 - 03/27/02 | ( 0.10) | 0.00 |
| 04/11/2002 | DSP | Inmate State Pay  142   040402 | 17.50 | 17.50 |
| 04/11/2002 | DED | Deduction-OPOS-142 - 03/27/02 | ( 4.50) | 13.00 |
| 04/19/2002 | CRS | CRS SAL ORD #1007252 D1 | ( 12.81) | 0.19 |
| 04/24/2002 | DSP | Inmate State Pay  142   041802 | 10.50 | 10.69 |
| 04/24/2002 | DSP | Inmate State Pay  142   041802 | 7.50 | 18.19 |

11/25/2003 13:12     DEPARTMENT OF CORRECTIONS     Page 6
CHE103     CONNECTICUT DEPARTMENT OF CORRECTION     OTRTASTA
    T R U S T   A C C O U N T   S T A T E M E N T     4.10.0.0.9 TR

Case 3:03-cv-00296-JCH    Document 14    Filed 12/04/2003    Page 6 of 7

DOC: 0000249812    Name: PLAYER, EDDIE            DOB: 06/21/1973
LOCATION: 125-I

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/02/2002 | CRS | CRS SAL ORD #1032713 D1 | ( 18.10) | 0.09 |
| 05/08/2002 | DSP | Inmate State Pay 142 050202 | 17.50 | 17.59 |
| 05/15/2002 | CEC | CEC SAL ORD #852057 D1 | 25.24 | 42.83 |
| 05/16/2002 | CRS | CRS SAL ORD #1059952 D1 | ( 28.51) | 14.32 |
| 05/23/2002 | CRS | CRS SAL ORD #1071750 D1 | ( 13.67) | 0.65 |
| 05/23/2002 | DSP | Inmate State Pay 142 051602 | 17.50 | 18.15 |
| 05/31/2002 | CRS | CRS SAL ORD #1085911 D1 | ( 18.15) | 0.00 |
| 06/06/2002 | DSP | Inmate State Pay 142 053002 | 17.50 | 17.50 |
| 06/14/2002 | CRS | CRS SAL ORD #1113986 D1 | ( 17.42) | 0.08 |
| 06/20/2002 | DSP | Inmate State Pay 142 061302 | 15.00 | 15.08 |
| 07/01/2002 | CRS | CRS SAL ORD #1143336 D1 | ( 15.05) | 0.03 |
| 07/05/2002 | DSP | Inmate State Pay 062702 142 | 17.50 | 17.53 |
| 08/02/2002 | CRS | CRS SAL ORD #1206411 D3 | ( 17.49) | 0.04 |
| 10/03/2002 | DSP | Inmate State Pay 135 092602 | 5.25 | 5.29 |
| 10/17/2002 | DSP | Inmate State Pay 135 101002 | 10.50 | 15.79 |
| 10/18/2002 | CRS | CRS SAL ORD #1344977 D3 | ( 14.31) | 1.48 |
| 10/30/2002 | DSP | Inmate State Pay 135 102402 | 10.50 | 11.98 |
| 11/01/2002 | CRS | CRS SAL ORD #1368672 D3 | ( 11.87) | 0.11 |
| 11/25/2002 | DSP | Inmate State Pay 135 110702 | 2.25 | 2.36 |
| 11/25/2002 | DSP | Inmate State Pay 135 110702 | 13.75 | 16.11 |
| 11/26/2002 | WCOP | Copies 135 | ( 9.25) | 6.86 |
| 11/26/2002 | COMM | COMMISSARY LOAN | 17.25 | 24.11 |
| 11/26/2002 | CRS | CRS SAL ORD #1403664 D3 | ( 24.11) | 0.00 |
| 12/02/2002 | DSP | Inmate State Pay 135 112102 | 17.50 | 17.50 |
| 12/02/2002 | DED | Deduction-COMM-11262002 | ( 17.25) | 0.25 |
| 12/10/2002 | DSP | Inmate State Pay 135 120502 | 17.50 | 17.75 |
| 12/13/2002 | CRS | CRS SAL ORD #1450304 D3 | ( 17.41) | 0.34 |
| 12/20/2002 | CRS | CRS SAL ORD #1464296 D3 | ( 0.34) | 0.00 |
| 12/26/2002 | DSP | Inmate State Pay 135 121902 | 17.50 | 17.50 |
| 12/27/2002 | CRS | CRS SAL ORD #1476147 D3 | ( 17.49) | 0.01 |
| 01/09/2003 | DSP | Inmate State Pay 135 010203 | 17.50 | 17.51 |
| 01/10/2003 | CRS | CRS SAL ORD #1503418 D3 | ( 17.08) | 0.43 |
| 01/22/2003 | DSP | Inmate State Pay 135 011603 | 17.50 | 17.93 |
| 01/24/2003 | CRS | CRS SAL ORD #1530598 D3 | ( 17.39) | 0.54 |
| 02/04/2003 | DSP | Inmate State Pay 135 013003 | 17.50 | 18.04 |
| 02/07/2003 | CRS | CRS SAL ORD #1556782 D3 | ( 17.88) | 0.16 |
| 02/19/2003 | DSP | Inmate State Pay 135 021303 | 17.50 | 17.66 |

DOC: 0000249812    Name: PLAYER, EDDIE                         DOB: 06/21/1973
LOCATION: 125-I

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/24/2003 | CRS | CRS SAL ORD #1584331 D3 | ( 17.29) | 0.37 |
| 03/07/2003 | CRS | CRS SAL ORD #1611159 D3 | ( 0.21) | 0.16 |
| 03/07/2003 | DSP | Inmate State Pay  135  022703 | 17.50 | 17.66 |
| 03/19/2003 | CEC | CEC SAL ORD #1611159 | 0.21 | 17.87 |
| 03/20/2003 | DSP | Inmate State Pay  135  031303 | 7.50 | 25.37 |
| 03/27/2003 | CRS | CRS SAL ORD #1646933 D3 | ( 3.77) | 21.60 |
| 04/08/2003 | CRS | CRS SAL ORD #1671246 D3 | ( 10.44) | 11.16 |
| 04/15/2003 | CRS | CRS SAL ORD #1687030 D3 | ( 11.16) | 0.00 |
| 04/22/2003 | CEC | CEC SAL ORD #1687030 | 11.16 | 11.16 |
| 04/29/2003 | CRS | CRS SAL ORD #1711069 D3 | ( 4.90) | 6.26 |
| 04/30/2003 | CEC | CEC SAL ORD #1711069 | 4.90 | 11.16 |
| 05/19/2003 | CRS | CRS SAL ORD #1749033 D1 | ( 8.41) | 2.75 |
| 06/06/2003 | WSR | Special Request - 137 | ( 2.75) | 0.00 |