UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDDIE PLAYER

     v.　　　　　　　　　　　　　　　　　　　　PRISONER
　　　　　　　　　　　　　　　　　　Case No.　3:03CV296 (JCH) (HBF)
WARDEN

## RULING AND ORDER

The plaintiff seeks an extension of time to renew his "motion for poor person status."  The plaintiff's Motion [doc. # 13] is GRANTED.  The plaintiff shall file his motion on or before December 22, 2003.

SO ORDERED in Bridgeport, Connecticut, this 11th of December, 2003.

                                              /s/
                                   Holly B. Fitzsimmons
                                  United States Magistrate Judge