UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDDIE BUD PLAYER
        Petitioner,

                                                PRISONER
v.                                  Case No. 3:03cv296 (JCH)

WARDEN,
        Respondent.

## ORDER TO SHOW CAUSE

Upon the amended petition of Eddie Bud Player, it is hereby

ORDERED that the respondent file a response on or before **March 21, 2004**, showing cause why the relief prayed for in the amended petition should not be granted and addressing the merits of the petitioner's claims, and it is further

ORDERED that service by the United States Marshal of this order, together with a copy of the amended petition, on respondent's representative, Michael E. O'Hare, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067, on or before **February 21, 2004**, shall be deemed sufficient.

Entered at Bridgeport, Connecticut, this <u>22 </u> of January, 2004.

                                              /s/
                                      Holly B. Fitzsimmons
                                United States Magistrate Judge