UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDDIE BUD PLAYER

                                                                PRISONER
   V.                       CASE NO. 3:03CV296 (JCH) (HBF)

WARDEN

## RULING ON PENDING MOTIONS

Pending before the court is the petitioner's "Motion for Poor Person Status." For the reasons set forth below, the motion is granted in part.

The petitioner seeks a free copy of his original and amended petition and asks the court to make a copy of the amended petition for service on the respondent. The petitioner states that he needs copies of the original and amended petitions for his records. Although the petitioner has been granted leave to proceed in forma pauperis, this status only relieves him of the cost of filing the action. The petitioner is not automatically entitled to free copies or other materials. See Guinn v. Hoecker, 43 F.3d 1483 (10th Cir. 1994) (28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); Douglas v. Green, 327 F.2d 661, 662 (6th Cir. 1964) ( 28 U.S.C. § 1915 does not include the right to receive

copies of court orders without payment).

The petitioner has filed a prisoner trust account statement with his motion indicating that he has had a zero balance in his account since June 2003. The court concludes that the petitioner has demonstrated that he does not have sufficient funds to pay the cost of copying the petitions for writ of habeas corpus in the file. The plaintiff's **Motion** [**doc. # 14**] for copies of the petition amended petition and a copy of the amended petition for service is **GRANTED**. The Clerk is directed to send the petitioner a copy of the petition and amended petition.

The court informs the petitioner that it will not make free copies of documents or motions in the future unless the petitioner is able to demonstrate he has insufficient funds to make the copies and that the Department of Correction is unwilling to make the copies for him free of charge.

SO ORDERED this 22 day of January, 2004, at Bridgeport, Connecticut.

_/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge