UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDDIE BUD PLAYER,
   Petitioner

:     CIVIL NO. 3:03CV296(JCH)

:

WARDEN,
   Respondent

:     FEBRUARY 4, 2004

## APPEARANCE

Please enter the appearance of:

      JO ANNE SULIK
      Assistant State's Attorney
      Civil Litigation Bureau
      Office of the Chief State's Attorney
      300 Corporate Place
      Rocky Hill, Connecticut 06067
      Tel. (860) 258-5887
      Fax. (860) 258-5968
      Federal Bar No. ct 15122

for the respondent.

_____
JO ANNE SULIK
Assistant State's Attorney

## CERTIFICATION

    I hereby certify that a copy of this document was mailed to: Eddie Bud Player, pro se, Inmate #249812, MacDougall C.I., 1153 East Street South, Suffield, CT 06080 on February 4, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney