UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 13 P 4:43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EDDIE BUD PLAYER | : |
| | : PRISONER |
| v. | : Case No. 3:03CV296(JCH) (HBF) |
| | : |
| WARDEN | : |

RULING ON PENDING MOTION

Respondent seeks an extension of time until April 30, 2004, to file a response to the amended petition for writ of habeas corpus. The Motion for Extension of Time [**doc. #20**] is **GRANTED** nunc pro tunc.

**SO ORDERED.**

Entered this ___12___ day of May, 2004, at Bridgeport, Connecticut.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE