UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE BUD PLAYER,<br>Petitioner | PRISONER<br>CASE NO. 3:03CV296(JCH)(HBF) |
| V. | |
| WARDEN,<br>Respondent | JULY 2, 2004 |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **July 9, 2004**, to file a response to the Court's order to show cause [Doc. # 16] "on or before March 21, 2004." This is the respondent's second motion for an enlargement of time. The first motion was granted and the respondent's response was due April 30, 2004. At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion. The petitioner is not incarcerated. He was released to supervised parole on March 18, 2004.

The grounds for this motion are:

1. The respondent's response to the Court's show cause order is 90% complete.

2. On April 16, 2004, I filed a post-trial brief on behalf of the respondent in the state habeas corpus proceeding of <u>James Servello v. Warden, State Prison</u>, Docket No. CV00-0804405, Superior Court in the judicial district of Tolland. On April 20, 2004,

I represented the respondent at oral argument before the Connecticut Supreme Court in three appeals. <u>Cox v. Commissioner of Correction</u>, S.C. 17114; <u>Harris v. Commissioner of Correction</u>, S.C. 17078; and <u>Hunter v. Commissioner of Correction</u>, S.C. 17115. On April 21, 22, and 29, 2004, I represented the respondent at the state habeas trial in the matter of <u>Martin Dickinson v. Garrell Mullaney</u>, Docket No. CV01-0096308-S, Superior Court in the judicial district of Middlesex. On April 28, 2004, I filed a motion to disqualify the habeas judge in the matters of <u>Melvin Jones v. Warden, State Prison</u>, Docket Nos. CV01-0812441 and CV00-0804404, Superior Court in the judicial district of Hartford.

3. Also, on April 16, 2004, I mailed to the Court a motion to vacate the show cause order and transfer pursuant to 28 U.S.C. § 1404(a) and a supporting memorandum of law in <u>Michael Dongarra v. Dora B. Schriro, et al.</u>, Case No. 3:03CV1945(RNC)(DFM), U.S. District Court, District of Connecticut.

4. On May 7, 2004, I filed the respondent's response to the Court's show cause orders in the matters of <u>Martyn Bruno v. Commissioner of Correction</u>, Case No. 3:04CV101(RNC), U.S. District Court, District of Connecticut *and* <u>Stanley Goodrum v. Commissioner of Correction</u>, Case No. 3:02CV235(AWT), U.S. District Court, District of Connecticut.

5. On May 11, 2004, I filed the respondent's response to the Court's show cause order in the matter of <u>James Sterbinsky v. John Armstrong, Commissioner of Correction</u>, Case No. 3:03CV574(CFD)(WIG), U.S. District Court, District of Connecticut.

6. On June 17, 2004, I completed and mailed an objection to the petitioner's "Motion For Release Pending Final Disposition Of Habeas Corpus" in the matter of <u>Michael

A. Young v. Warden David Strange, Case No. 3:03CV1661(CFD)(TPS), U.S. District Court, District of Connecticut.

7. On June 23, 2004, I finished preparing and mailed a motion to transfer a second or successive petition to the U.S. Court of Appeals for the Second Circuit in the matter of Stanley Chance v. State of Connecticut, et al., Case No. 3:04CV155(MRK), U.S. District Court, District of Connecticut.

8. I also am in the process of preparing and filing a response to a show cause order in the matter of Errol I. Dunkley v. Theresa Lantz, Commissioner of Correction, Case No. 3:03CV1913(WWE)(HBF), U.S. District Court, District of Connecticut; Larry Nelson v. Warden David Strange, Case No. 3:03CV946(RNC)(DFM), U.S. District Court, District of Connecticut; and Frank Vandever v. Warden, MCI, Case No. 3:04CV275(WWE)(HBF), U.S. District Court, District of Connecticut. Finally, I am preparing a response to a motion for DNA testing in Thomas Marra v. Remi Acosta, Case No. 3:01CV368(AWT)(DFM), U.S. District Court, District of Connecticut.

9. Due to these and other considerations, the respondent hereby moves this court for a enlargement of time to **July 9, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-WARDEN

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

**CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Eddie Bud Player, Inmate # 249812, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on July 2, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney