UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDDIE BUD PLAYER, | : | PRISONER |
| Petitioner | : | CASE NO. 3:03CV296(JCH)(HBF) |
|  | : |  |
| V. | : |  |
|  | : |  |
| WARDEN, | : | NOTICE OF MANUAL FILING |
| Respondent | : |  |

Please take notice that the respondent has manually filed the following documents:

All Appendices To Motion To Dismiss

These documents have not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil
        Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

RESPONDENT-WARDEN

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: Joanne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this notice was mailed to Eddie Bud Player, Inmate # 249812, Osborn Correctional Institution, 335 Bilton Road, P.O. Box 100, Somers, Connecticut 06071, on July 8, 2004.

                                                                           JO ANNE SULIK
                                                                           Assistant State's Attorney