UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE BUD PLAYER | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV296(JCH) (HBF) |
| | : | |
| WARDEN | : | |

RULING ON PENDING MOTION

Respondent seeks an extension of time to file a response to the amended petition for writ of habeas corpus. The Motion for Extension of Time [**doc. #22**] is **GRANTED**. The respondent shall file his response to the amended petition on or before July 30, 2004.

**SO ORDERED.**

Entered this 19th day of July, 2004, at Bridgeport, Connecticut.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE