UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDDIE BUD PLAYER
                                          PRISONER
   v.                        CIVIL NO. 3:03v296 (JCH)

WARDEN MICHAEL CARTER

## J U D G M E N T

The cause came on for consideration on the respondent's motion to dismiss the amended petition for writ of habeas corpus before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the motion and all of the related papers.  On December 21, 2004, the Court filed its Ruling granting the respondent's motion on the ground that petitioner had failed to exhaust all available state court remedies and further ruling that a certificate of appealability will not issue because petitioner has not made a showing of the denial of a constitutional right.

It is therefore, **ORDERED** and **ADJUDGED** that the amended petition for writ of habeas corpus is dismissed and the case is closed.

Dated at Bridgeport, Connecticut this 22nd day of December, 2004.

                                                      KEVIN F. ROWE, Clerk

                                                      By    /s/ Cynthia Earle

                                                          Cynthia Earle
                                                         Deputy Clerk

Entry on Docket _____